EX. 3

Customer Details:
Miss HEATHER VENERUS
67 SPOTTISWOOD GARDENS
LIVINGSTON
W LOTHIAN
EH53 0JX
United Kingdom
01506 885134

USrentacar.co.uk
Westmead House,
Westmead,
Farnborough,
Hampshire,
GU14 7LP

T: 0845 226 8523
F: 0845 226 8524

E: info@usrentacar.co.uk
W: www.usrentacar.co.uk

# INVOICE

Date : 15 September 2010
Invoice No.:
Order No.: BK67768

| Qty | Description | Tax | Cost |
|---|---|---|---|
| 1 | Vehicle Detail: 28 year old lead driver, picking up a car at (SFB) Sanford International Airport in Sanford in Florida on the 17/09/2010 13:30:00 returning on the 01/10/2010 12:00:00 to (SFB) Sanford International Airport, Sanford of Florida | Not Set | 233.00 GBP |
| | | Deposite : NO | |
| | | Total : 233.00 GBP | |



A trading style of U.S. Rent A Car LTD (UK Registered Company) Number: 4877174