

# DEPOVIDEO

**Depovideo, Inc.**
P.O. Box 560374
Orlando Florida, 32856
321.287.1860

# Invoice

Date: 05/05/2016
**Invoice No.:** 20833
Due Date: 06/04/2016

**Normand Law**
4551 New Broad Street
Orlando, FL 32814

| Qty | Description | Unit Price | Total |
|---|---|---|---|
| 1 | Venerus vs. Avis Budget Car Rental | | |
| 13.25 | Video conversion from DVD to mpeg2 for trial edits ( Files are archived by Depovideo) | $30.00 | $397.50 |

| | |
|---|---|
| Subtotal | $397.50 |
| **Total Amt** | $397.50 |
| **Balance Due** | $397.50 |

**Please make checks payable to : Depovideo, Inc.**
**Tax Id #36-4721049**
**Thank you for your business.**

--- Detach and return with payment ---
**REMITTANCE**

| | |
|---|---|
| Invoice No.: | 20833 |
| Customer Name: | Normand Law |
| Date: | 05/05/2016 |
| Amount Enclosed: | $397.50 |