# I N V O I C E

Rizman Rappaport
Certified Court Reporters
66 W. Mt. Pleasant Avenue
Livingston, NJ  07039
Phone:973-992-7650   Fax:973-992-0666

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 119001 | 3/31/2015 | 63701 |
| Job Date | Case No. | |
| 2/27/2015 | | |
| Case Name | | |
| Venerus v. Avis Budget Car Rental | | |
| Payment Terms | | |
| Due upon receipt | | |

Edward Normand, Esq.
Law Offices of Edward Normand
4551 New Broad Street
Orlando, FL  32801

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
   Randall O'Connor     171.00 Pages     991.80
      Videotaping-1st 2 hours     400.00
      Videotaping add. hours     2.00     220.00
1 CERTIFIED COPY OF TRANSCRIPT OF:
   Ted Martin Kushner     52.00 Pages     156.00
1 CERTIFIED COPY OF TRANSCRIPT OF:
   Steven Reimer     38.00 Pages     114.00
      Attendance Fee     200.00
      Postage & Handling     32.50

**TOTAL DUE  >>>**     **$2,114.30**

**REVISED INVOICE**   Replaces invoice #118933
This reflects split charges for Steven Reimer & Ted Martin Kushner

(-) Payments/Credits:     2,114.30
(+) Finance Charges/Debits:     0.00
(=) New Balance:     0.00

**Tax ID:** 22-3378800     Phone: 407-625-9043   Fax:

*Please detach bottom portion and return with payment.*

Edward Normand, Esq.
Law Offices of Edward Normand
4551 New Broad Street
Orlando, FL  32801

Job No.      : 63701     BU ID      : 1-MAIN
Case No.    :
Case Name : Venerus v. Avis Budget Car Rental

Invoice No.  : 119001     Invoice Date : 3/31/2015
**Total Due**   : **$0.00**

**PAYMENT WITH CREDIT CARD**     AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To:  **Rizman Rappaport**
          **Certified Court Reporters**
          **66 W. Mt. Pleasant Avenue**
          **Livingston, NJ  07039**