# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 118999 | 3/31/2015 | 63700 |
| **Job Date** | **Case No.** | |
| 2/26/2015 | | |
| **Case Name** | | |
| Venerus v. Avis Budget Car Rental | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Christopher J. Lynch
Hunter & Lynch
The Monarch Grove Building
2977 McFarlane Road
Suite 301
Miami, FL 33133

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Vince Moffa | | 185.00 Pages | 1,073.00 |
| Attendance Fee | | | 200.00 |
| Videotaping-1st 2 hours | | | 400.00 |
| Videotaping add. hours | | 3.00 | 330.00 |
| Postage & Handling | | | 32.50 |
| | **TOTAL DUE >>>** | | **$2,035.50** |

**REVISED INVOICE** Replaces Invoice #118930

Tax ID: 22-3378800                                                                                   Phone: 305-443-6200   Fax:

*Please detach bottom portion and return with payment.*

Christopher J. Lynch
Hunter & Lynch
The Monarch Grove Building
2977 McFarlane Road
Suite 301
Miami, FL 33133

| | | | |
|---|---|---|---|
| Job No. | : 63700 | BU ID | : 1-MAIN |
| Case No. | : | | |
| Case Name | : Venerus v. Avis Budget Car Rental | | |
| Invoice No. | : 118999 | Invoice Date | : 3/31/2015 |
| **Total Due** | **: $2,035.50** | | |

Remit To:   Rizman, Rappaport, Dillon & Rose, LLC
            Certified Court Reporters
            66 W. Mt. Pleasant Avenue
            Livingston, NJ 07039

**PAYMENT WITH CREDIT CARD**      

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____   Phone#: _____
Billing Address: _____
Zip: _____   Card Security Code: _____
Amount to Charge: _____

| | | |
|---|---|---|
| **CHRISTOPHER J LYNCH PA** | 63-964/670 | **542** |
| **COST ACCOUNT** | | |
| 2977 MCFARLANE RD. SUITE 301 | | |
| COCONUT GROVE, FL 33133 | DATE April 2, 2015 | |

PAY TO THE ORDER OF  Rizman Rappaport-Dillon Rose  $ 2,035.00

Two Thousand Thirty Five — 00/100 DOLLARS

**Sabadell** United Bank

MEMO Moffa Deposition

⑆067009646⑆ 10000115991⑈ 0542