# I N V O I C E

Milestone Reporting Company  
P.O. Box 3426  
Orlando FL  32802  
Phone:(407) 423-9900 Toll Free (855) MY-DEPOS  
Fax:(407) 841-2779  

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 72862 | 5/31/2013 | 24939 |
| Job Date | Case No. | |
| 4/9/2013 | 6-12-CV-01204-31-GJK | |
| Case Name | | |
| Heather Venerus / Andrew Malloy v. ACE American Insurance / Van Le-Kohler | | |
| Payment Terms | | |
| Net 30 | | |

Edmund Normand, Esquire  
Wooten, Kimbrough & Normand, P.A.  
236 South Lucerne Circle  
Orlando FL  32801  

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

   Barbara Vitale-                 480.75

**TOTAL DUE  >>>**      **$480.75**  
AFTER 6/30/2013  PAY      $538.44

Terms are Net 30 days.  Past due amounts may be charged a 12% finance charge after 90 days.  Where collection is required, debtor will pay all collection costs, attorney fees and court costs.  Debtor consents to jurisdiction of the courts of Orange County, Florida.

**(-) Payments/Credits:**     480.75  
**(+) Finance Charges/Debits:**     57.69  
**(=) New Balance:**     **0.00**

**Tax ID:** 59-1937999

*Please detach bottom portion and return with payment.*

---

Edmund Normand, Esquire  
Wooten, Kimbrough & Normand, P.A.  
236 South Lucerne Circle  
Orlando FL  32801  

Job No.    : 24939        BU ID       : MRC-OUT  
Case No.    : 6-12-CV-01204-31-GJK  
Case Name    : Heather Venerus / Andrew Malloy v. ACE American Insurance / Van Le-Kohler  
Invoice No.    : 72862        Invoice Date       : 5/31/2013  
**Total Due**    : **$0.00**

Remit To: **Milestone Reporting Company**  
               **P.O. Box 3426**  
               **Orlando FL  32802**

**PAYMENT WITH CREDIT CARD**      AMEX  MasterCard  VISA  
Cardholder's Name:  
Card Number:  
Exp. Date:        Phone#:  
Billing Address:  
Zip:        Card Security Code:  
Amount to Charge:  
Cardholder's Signature:  
Email: