# INVOICE

National Reporting Service
66 West Flagler Street
Suite 310
Miami, FL 33130
Phone:305-373-7295  Fax:305-358-5444

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 29834 | 9/10/2014 | 29694 |
| **Job Date** | **Case No.** | |
| 9/4/2014 | 6:13-CV-921-ORL-18DAB | |
| **Case Name** | | |
| Heather Venerus vs Avis Budget Car Rental, LLC | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Christopher Lynch, Esq.
Hunter & Lynch
2977 McFarlane Road
Suite 301
Miami, FL 33133

Barbara Vitale

| | | | | |
|---|---|---|---|---|
| Attendance first hour | | | 95.00 | 95.00 |
| Additional hour | 5.00 Hours | @ | 65.00 | 325.00 |
| Videotaping of deposition (first hour) | | | 250.00 | 250.00 |
| Videotaping of deposition (each additional hour) | 5.50 | @ | 125.00 | 687.50 |
| **TOTAL DUE >>>** | | | | **$1,357.50** |

10:00 am - 4:00 pm
estimated pages: 200
Videographer appearance
9:30 am - 4:00 pm

PAST DUE BALANCE IN EXCESS OF 30 DAYS SHALL BEAR INTEREST AT THE MAXIMUM RATE ALLOWABLE BY LAW, CLIENT AGREES TO
PAY ALL COSTS OF COLLECTION, INCLUDING ATTORNEY'S FEES.
NATIONAL REPORTING SERVICE HAS NO RELATIONSHIP WITH YOUR CLIENT(S) THEREFORE,COUNSEL FOR EACH PARTY IS
RESPONSIBLE FOR ENSURING THAT COURT REPORTING FEES ARE PAID PROMPTLY.

| | |
|---|---|
| **(-) Payments/Credits:** | 1,357.50 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$0.00** |

**Tax ID:** 65-1138396                                                Phone: (305) 443-6200    Fax:(305) 443-6204

*Please detach bottom portion and return with payment.*

Christopher Lynch, Esq.
Hunter & Lynch
2977 McFarlane Road
Suite 301
Miami, FL 33133

| | | |
|---|---|---|
| Invoice No. | : | 29834 |
| Invoice Date | : | 9/10/2014 |
| **Total Due** | **:** | **$0.00** |

Remit To: **National Reporting Service**
          **66 West Flagler Street**
          **Suite 310**
          **Miami, FL 33130**

| | | |
|---|---|---|
| Job No. | : | 29694 |
| BU ID | : | National |
| Case No. | : | 6:13-CV-921-ORL-18DAB |
| Case Name | : | Heather Venerus vs Avis Budget Car Rental, LLC |