ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910  fax
www.depo.com

| | |
|---|---|
| Christopher J. Lynch | |
| Hunter, Williams & Lynch, P.A. | |
| 2977 McFarlane Road | |
| Suite 301; The Monarch Grove Building | |
| Miami, FL 33133- | |

| | |
|---|---|
| INVOICE NO. | A700D62 AA |
| FIRM NO. | 1205542 |
| INVOICE DATE | 02/27/2013 |
| DUE UPON RECEIPT | |

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Jeff Barnes, jbarnes@depo.com

| | |
|---|---|
| ABI'S Federal ID No.: | 95-4189037 |
| Setting Firm: | Hunter, Williams & Lynch, P.A. |
| Taking Attorney: | Christopher J. Lynch |
| Case Name: | Venerus v ACE American Ins Co |
| Case No.: | 6-12-CV-1204-31 GJK |
| Claim No.: | |
| Insurance Co.: | |
| Insured: | DOL: |
| Clients Ref.#1: | |
| Clients Ref.#2: | |
| Adjuster: | |

| ITEM | LINE TOTAL |
|---|---|
| Reporter's transcript of the deposition of William W. Borman, taken 2/13/2013. | $ 371.35 |
| PAYMENT | - 371.35 |
| BALANCE DUE | $   .00 |

A service fee of .75% per month will be added to any invoice over 30 days old.

- - - - - - - - - - - - - - -   Fold and tear at this perforation, then return stub with payment.   - - - - - - - - - - - - - - -

| BALANCE DUE | $   .00 |
|---|---|
| INVOICE NO. | A700D62 AA |
| FIRM NO. | 1205542 |

From: Christopher J. Lynch
Hunter, Williams & Lynch, P.A.
2977 McFarlane Road
Suite 301; The Monarch Grove Building
Miami, FL 33133-

For: Reporter's transcript of the deposition of William W. Borman, taken 2/13/2013.

Remit To: Atkinson-Baker, Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910  fax
www.depo.com

Lourdes Martinez
Hunter, Williams & Lynch, P.A.
2977 McFarlane Road
Suite 301; The Monarch Grove Building
Miami, FL 33133-

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Jeff Barnes, jbarnes@depo.com

| | |
|---|---|
| ABI'S Federal ID No.: | 95-4189037 |
| Setting Firm: | Hunter, Williams & Lynch, P.A. |
| Taking Attorney: | Christopher J. Lynch |
| Case Name: | Venerus v ACE American Ins Co |
| Case No.: | 6-12-CV-1204-31 GJK |

| | |
|---|---|
| INVOICE NO. | A7015B1 AC |
| FIRM NO. | 1205542 |
| INVOICE DATE | 04/05/2013 |
| DUE UPON RECEIPT | |

| ITEM | LINE TOTAL |
|---|---|
| Electronic transcript of the deposition of Brian Shick, taken 2/12/2013. | $  335.35 |
| PAYMENT | - 335.35 |
| BALANCE DUE | $   .00 |

A service fee of .75% per month will be added to any invoice over 30 days old.

--- Fold and tear at this perforation, then return stub with payment. ---

| BALANCE DUE | $   .00 |
|---|---|
| INVOICE NO. | A7015B1 AC |
| FIRM NO. | 1205542 |

From:  Lourdes Martinez
Hunter, Williams & Lynch, P.A.
2977 McFarlane Road
Suite 301; The Monarch Grove Building
Miami, FL 33133-

For: Electronic transcript of the deposition of Brian Shick, taken 2/12/2013.

Remit To: Atkinson-Baker, Inc.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910  fax
www.depo.com

---

Philip Glatzer
Marlow, Connell, Abrams, Adler, Newman & Lewis
4000 Ponce de Leon Boulevard
Suite 570
Coral Gables, FL 33146-1431

| INVOICE NO. | A7015B1 AB |
|---|---|
| FIRM NO. | 1166470 |
| INVOICE DATE | 03/01/2013 |
| DUE UPON RECEIPT | |

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Kharisma Singson, ksingson@depo.com

| ABI'S Federal ID No.: | 95-4189037 |
|---|---|
| Setting Firm: | Hunter, Williams & Lynch, P.A. |
| Taking Attorney: | Christopher J. Lynch |
| Case Name: | Venerus v ACE American Ins Co |
| Case No.: | 6-12-CV-1204-31 GJK |

Description:   Certified copy of the reporter's transcript of the deposition of Brian Shick, taken 2/12/2013.

Claim #: 10B039983

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| Copy Pages - Business Rate | 101.00 | $ 2.75 | $ 277.75 |
| Exhibit Copies (pages) | 69.00 | $ .40 | $ 27.60 |
| CD Copy: Ascii/etrans/PDF/exhibits | 1.00 | $ 20.00 | $ 20.00 |
| Condensed Transcript | 1.00 | $ 15.00 | $ 15.00 |
| Processing & Handling Fee - Copy | 1.00 | $ 30.00 | $ 30.00 |
| Regular Delivery - Copy | 1.00 | $ 7.00 | $ 7.00 |
| PAYMENT | | | - $ 377.35 |
| BALANCE DUE | | | $ .00 |

A service fee of .75% per month will be added to any invoice over 30 days old.

---

Fold and tear at this perforation, then return stub with payment.

| BALANCE DUE | $ .00 |
|---|---|
| INVOICE NO. | A7015B1 AB |
| FIRM NO. | 1166470 |

From:  Philip Glatzer
Marlow, Connell, Abrams, Adler, Newman & Lewis
4000 Ponce de Leon Boulevard
Suite 570
Coral Gables, FL 33146-1431

For:  Certified copy of the reporter's transcript of the deposition of Brian Shick, taken 2/12/2013.

Remit To:  Atkinson-Baker,Inc.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910  fax
www.depo.com

| | |
|---|---|
| Marny Stewart<br>Marlow, Connell, Abrams, Adler, Newman & Lewis<br>4000 Ponce de Leon Boulevard<br>Suite 570<br>Coral Gables, FL 33146-1431 | Please refer to the Invoice No. and your Firm No. in any correspondence.<br>Contact Kharisma Singson, ksingson@depo.com |

| | |
|---|---|
| ABI'S Federal ID No.: | 95-4189037 |
| Setting Firm: | Hunter, Williams & Lynch, P.A. |
| Taking Attorney: | Christopher J. Lynch |
| Case Name: | Venerus v ACE American Ins Co |
| Case No.: | 6-12-CV-1204-31 GJK |
| Description: | Electronic transcript of the deposition of William W. Borman, taken 2/13/2013. |

| | |
|---|---|
| INVOICE NO. | A700D62 AB |
| FIRM NO. | 1166470 |
| INVOICE DATE | 03/08/2013 |
| DUE UPON RECEIPT | |

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| Copy Pages - Business Rate | 33.00 | $ 2.55 | $ 84.15 |
| Exhibit Copies (pages) | 57.00 | $ .55 | $ 31.35 |
| Processing & Handling Fee - Copy | 1.00 | $ 30.00 | $ 30.00 |
| PAYMENT | | | - $ 145.50 |
| BALANCE DUE | | | $ .00 |

A service fee of .75% per month will be added to any invoice over 30 days old.

---

Fold and tear at this perforation, then return stub with payment.

| BALANCE DUE | $ .00 |
|---|---|
| INVOICE NO. | A700D62 AB |
| FIRM NO. | 1166470 |

From:  Marny Stewart
Marlow, Connell, Abrams, Adler, Newman & Lewis
4000 Ponce de Leon Boulevard
Suite 570
Coral Gables, FL 33146-1431

For:  Electronic transcript of the deposition of William W. Borman, taken 2/13/2013.

Remit To:  Atkinson-Baker, Inc.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910  fax
www.depo.com

| | |
|---|---|
| Edmund A. Normand | |
| Wooten, Kimbrough & Normand, P.A. | |
| P.O. Box 568188 | |
| Orlando, FL 32856- | |

| | |
|---|---|
| Please refer to the Invoice No. and your Firm No. in any correspondence. Contact Kharisma Singson, ksingson@depo.com | |
| ABI'S Federal ID No.: | 95-4189037 |
| Setting Firm: | Hunter, Williams & Lynch, P.A. |
| Taking Attorney: | Christopher J. Lynch |
| Case Name: | Venerus v ACE American Ins Co |
| Case No.: | 6-12-CV-1204-31 GJK |
| Claim No.: | |
| Insurance Co.: | |
| Insured: | DOL: |
| Clients Ref.#1: | |
| Clients Ref.#2: | |
| Adjuster: | |
| Description: | Reporter's transcript of the deposition of Brian Shick, taken 2/12/2013. |

| | |
|---|---|
| INVOICE NO. | A7015B1 AA |
| FIRM NO. | 0614201 |
| INVOICE DATE | 03/01/2013 |
| DUE UPON RECEIPT | |

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| Pages - O&1 - Business Rate | 101.00 | $ 4.50 | $ 454.50 |
| Exhibit Copies (pages) | 129.00 | $ .40 | $ 51.60 |
| CD: Ascii/etrans/PDF/exhibits | 1.00 | $ 25.00 | $ 25.00 |
| Condensed Transcript | 1.00 | $ 15.00 | $ 15.00 |
| Processing & Handling Fee | 1.00 | $ 30.00 | $ 30.00 |
| Regular Delivery | 1.00 | $ 20.00 | $ 20.00 |
| Attendance Flat Fee | 1.00 | $ 85.00 | $ 85.00 |
| SERVICE FEES | | | $ 2.55 |
| PAYMENT | | | - $ 683.65 |
| BALANCE DUE | | | $ .00 |

A service fee of .75% per month will be added to any invoice over 30 days old.

- - - - - - - - - - - - - - - - - - - - Fold and tear at this perforation, then return stub with payment. - - - - - - - - - - - - - - - -

| BALANCE DUE | $ .00 |
|---|---|
| INVOICE NO. | A7015B1 AA |
| FIRM NO. | 0614201 |

For: Reporter's transcript of the deposition of Brian Shick, taken 2/12/2013.

From: Edmund A. Normand
Wooten, Kimbrough & Normand, P.A.
P.O. Box 568188
Orlando, FL 32856-

Remit To: Atkinson-Baker,Inc.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.