# I N V O I C E

National Reporting Service
66 West Flagler Street
Suite 310
Miami, FL  33130
Phone:305-373-7295   Fax:305-358-5444

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 29835 | 9/10/2014 | 29711 |
| Job Date | Case No. | |
| 8/27/2014 | 6:13-CV-921-ORL-18DAB | |
| Case Name | | |
| Heather Venerus vs Avis Budget Car Rental, LLC | | |
| Payment Terms | | |
| Due upon receipt | | |

Christopher Lynch, Esq.
Hunter & Lynch
2977 McFarlane Road
Suite 301
Miami, FL  33133

Brian Shick

| | | | |
|---|---|---|---|
| Videotaping of deposition (first hour) | | 250.00 | 250.00 |
| Videotaping of deposition (each additional hour) | 2.50 @ | 125.00 | 312.50 |
| **TOTAL DUE  >>>** | | | **$562.50** |

videographer appearance
11:30 am - 3:00 pm

PAST DUE BALANCE IN EXCESS OF 30 DAYS SHALL BEAR INTEREST AT THE MAXIMUM RATE ALLOWABLE BY LAW, CLIENT AGREES TO PAY ALL COSTS OF COLLECTION, INCULDING ATTORNEY'S FEES.
NATIONAL REPORTING SERVICE HAS NO RELATIONSHIP WITH YOUR CLIENT(S) THEREFORE,COUNSEL FOR EACH PARTY IS RESPONSIBLE FOR ENSURING THAT COURT REPORTING FEES ARE PAID PROMPTLY.

|  |  |
|---|---|
| (-) Payments/Credits: | 562.50 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $0.00 |

**Tax ID:** 65-1138396                                            Phone: (305)  443-6200    Fax:(305) 443-6204

*Please detach bottom portion and return with payment.*

---

Christopher Lynch, Esq.
Hunter & Lynch
2977 McFarlane Road
Suite 301
Miami, FL  33133

Invoice No.    :   29835
Invoice Date  :   9/10/2014
**Total Due**     :   **$0.00**

Remit To: **National Reporting Service**
**66 West Flagler Street**
**Suite 310**
**Miami, FL  33130**

Job No.        :   29711
BU ID          :   National
Case No.    :   6:13-CV-921-ORL-18DAB
Case Name :   Heather Venerus vs Avis Budget Car Rental, LLC