

**ESQUIRE** DEPOSITION SOLUTIONS

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

**Invoice   INV0534712**

| | | | |
|---|---|---|---|
| **Date** | 7/12/2015 | **Client Number** | C26093 |
| **Terms** | Net 30 | **Esquire Office** | Miami |
| **Due Date** | 8/11/2015 | **Proceeding Type** | Backorder |
| | | **Name of Insured** | |
| | | **Adjuster** | |
| | | **Firm Matter/File #** | |
| | | **Client Claim/Matter #** | |
| | | **Date of Loss** | |

**Bill To**

Edmund A. Normand, Esq.
Normand Law Plllc - Orlando
4381 New Broad Street
Orlando FL 32814

**Services Provided For**

Edmund A. Normand, Esq.
4551 New Broad Street
Orlando FL 32814

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 5/29/2015 | J0120386 | Miami, FLORIDA | VENERUS VS. AVIS BUDGET CAR RENTAL |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| TRANSCRIPT - COPY-WI | C. Thomas Gallagher | 258 | 3.40 | 877.20 |
| DIGITAL TRANSCRIPT | C. Thomas Gallagher | 1 | 30.00 | 30.00 |
| DIGITAL TRANSCRIPT PDF | C. Thomas Gallagher | 1 | 0.00 | 0.00 |
| DIGITAL TRANSCRIPT PTX | C. Thomas Gallagher | 1 | 0.00 | 0.00 |
| EXHIBITS TABS | C. Thomas Gallagher | 23 | 0.50 | 11.50 |
| EXHIBITS B&W | C. Thomas Gallagher | 1 | 0.50 | 0.50 |

*Representing Client: Hunter Williams & Lynch - Miami*

| | |
|---|---|
| **Subtotal** | 919.20 |
| **Shipping Cost (FedEx)** | 25.00 |
| **Total** | $944.20 |
| **Amount Paid** | 944.20 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/invoice-terms. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

**www.esquireconnect.com**

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

| | |
|---|---|
| **Client Name** | Normand Law Plllc - Orlando |
| **Client #** | C26093 |
| **Invoice #** | INV0534712 |
| **Invoice Date** | 7/12/2015 |
| **Due Date** | 8/11/2015 |
| **Amount Due** | $ 0.00 |