# I N V O I C E



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 86780 | 10/17/2014 | 45190 |
| **Job Date** | **Case No.** ||
| 9/24/2014 | 6:13-CV-921-ORL-18DAB ||
| **Case Name** |||
| Heather Venerus v Avis Budget Car Rental |||
| **Payment Terms** |||
| Net 30 |||

Edmund Normand, Esquire
Wooten, Kimbrough & Normand, P.A.
236 South Lucerne Circle
Orlando FL  32801

---

1 COPY OF TRANSCRIPT OF:

   Heather Venerus     281.60

**TOTAL DUE   >>>**     **$281.60**

Terms are Net 30 days.  Past due amounts may be charged a 12% finance charge after 90 days.  Where collection is required, debtor will pay all collection costs, attorney fees and court costs.  Debtor consents to jurisdiction of the courts of Orange County, Florida.

   (-) Payments/Credits:     281.60
   (+) Finance Charges/Debits:     0.00
   (=) New Balance:     0.00

**Tax ID:** 59-1937999

*Please detach bottom portion and return with payment.*

---

Edmund Normand, Esquire
Wooten, Kimbrough & Normand, P.A.
236 South Lucerne Circle
Orlando FL  32801

Job No.      : 45190              BU ID        : XMMRC
Case No.     : 6:13-CV-921-ORL-18DAB
Case Name    : Heather Venerus v Avis Budget Car Rental

Invoice No.  : 86780              Invoice Date : 10/17/2014
**Total Due**    : **$0.00**

Remit To:  **Milestone Reporting Company**
             **P.O. Box 3426**
             **Orlando FL  32802**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA
Cardholder's Name:
Card Number:
Exp. Date:                          Phone#:
Billing Address:
Zip:                                Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email: