


North Miami Beach
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Tax Number: 45-3463120
Toll Free (800) 211-DEPO
Fax (856) 437-5009

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

### Invoice # ESQ303646

| Invoice Date | 05/07/2015 |
|---|---|
| Terms | NET 30 |
| Payment Due | 06/06/2015 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

CHRISTOPHER LYNCH ,ESQ.
HUNTER, WILLIAMS & LYNCH, PA
3RD FLOOR THE MONARCH GROVE BUILDING
2977 MCFARLANE ROAD
COCONUT GROVE, FL 33133

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 05/05/2015 | VENERUS, HEATHER VS. AVIS BUDGET CAR RE | 329576 | 05/06/2015 | FED EX |

| Description |
|---|
| Copy Deposition for LESLIE MARLO, 05/05/2015 |
| EXHIBITS |

**POSTED**

Tax: $ 0.00
Paid: $ 0.00

**Amount Due On/Before 06/21/2015**  $ 551.20
Amount Due After 06/21/2015  $ 606.32

---

**Christopher J. Lynch, P.A.** • Operating Account                    1015

Esquire Deposition Solutions, LLC                6/9/2015

Venerus 113031                                   551.20

**PAYMENT RECORD**

Operating Account    Invoice ESQ303646                      551.20

9209PR                                  www.checksforless.com 800-245-5775  Order # 1624647-1