# INVOICE

Rizman Rappaport
Certified Court Reporters
66 W. Mt. Pleasant Avenue
Livingston, NJ  07039
Phone:973-992-7650   Fax:973-992-0666

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 119002 | 3/31/2015 | 63701 |
| Job Date | Case No. | |
| 2/27/2015 | | |
| Case Name | | |
| Venerus v. Avis Budget Car Rental | | |
| Payment Terms | | |
| Due upon receipt | | |

Christopher J. Lynch
Hunter & Lynch
The Monarch Grove Building
2977 McFarlane Road
Suite 301
Miami, FL  33133

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Ted Martin Kushner     52.00 Pages     156.00
1 CERTIFIED COPY OF TRANSCRIPT OF:
   Steven Reimer     38.00 Pages     114.00
   Postage & Handling     28.45

**TOTAL DUE >>>**     **$298.45**

This invoice represents your 1/2 share of the charges.

(-) Payments/Credits:     298.45
(+) Finance Charges/Debits:     0.00
(=) New Balance:     0.00

**Tax ID:** 22-3378800     Phone: 305-443-6200   Fax:

*Please detach bottom portion and return with payment.*

Christopher J. Lynch
Hunter & Lynch
The Monarch Grove Building
2977 McFarlane Road
Suite 301
Miami, FL  33133

Job No.       : 63701          BU ID        : 1-MAIN
Case No.      :
Case Name     : Venerus v. Avis Budget Car Rental

Invoice No.   : 119002         Invoice Date : 3/31/2015
**Total Due**   : **$0.00**

Remit To:  **Rizman Rappaport**
          **Certified Court Reporters**
          **66 W. Mt. Pleasant Avenue**
          **Livingston, NJ  07039**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: