UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**HEATHER VENERUS,**

      **Plaintiff,**

v.                       Case No.  6:13-cv-921-CEM-DAB

**AVIS BUDGET CAR RENTAL,
LLC and BUDGET RENT-A-CAR
SYSTEM, INC.,**

      **Defendants.**

                                          /

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Unopposed Motion for Preliminary Approval of Proposed Class Action Settlement ("Motion," Doc. 509). The United States Magistrate Judge issued a Report and Recommendation (Doc. 511), recommending that the Motion be granted in part.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that the parties filed a Joint Notice of No Objection ("Notice," Doc. 512)[1] the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

---

[1] In the Notice, the parties point out a couple of technical issues that do not impact the ultimate conclusion or relevant substantive analysis of the Report and Recommendation. (Doc. 512 at 1–2). Those issues are noted and incorporated for the record.

1. The Report and Recommendation (Doc. 511) is **ADOPTED** and made a part of this Order.

2. The Plaintiff's Unopposed Motion for Preliminary Approval of Proposed Class Action Settlement (Doc. 509) is **GRANTED in part** and **DEFERRED in part**.

3. Insofar as the Motion seeks approval of a service award to Plaintiff Heather Venerus, ruling is **DEFERRED** pending a decision on the petition for rehearing *en banc* in *Johnson v. NPAS Solutions, LLC*, 975 F.3d 1244, 1260 (11th Cir. 2020). Plaintiff shall notify the Court within fourteen days of an issuance of that ruling and the funds shall remain in escrow until further order of this Court.

4. The Settlement Agreement (Doc. 509-1) is **PRELIMINARILY APPROVED**.

5. Class members may opt out or object to the Settlement pursuant to the procedures and deadlines set forth in the Settlement Agreement.

6. The Notice set forth in the Settlement Agreement and the exhibits thereto is **APPROVED**, and the parties shall adhere to the deadlines set forth therein.

7. The Settlement Class set forth in the Settlement Agreement is provisionally **CERTIFIED**.

8. Edmund Normand, Esq. and Jacob Phillips, Esq., of Normand Law PLLC, and Christopher J. Lynch, Esq. of Christopher J. Lynch, P.A. are re-confirmed as Settlement Class counsel.

9. A final settlement approval hearing is set for Thursday, September 15, 2022, at 2:00 PM in Courtroom 5B.

10. Class Counsel shall file a motion for attorney's fees and costs no later than fourteen days before the objection deadline for class members.

11. All deadlines other than those related to the Settlement remain **STAYED**.

**DONE** and **ORDERED** in Orlando, Florida on July 5, 2022.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record