# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT**
**IN THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CASE NO. 6:13-CV-921-CEM-GJK

HEATHER VENERUS, individually
and on behalf of all others similarly situated,

     Plaintiff,

AVIS BUDGET CAR RENTAL, LLC
And BUDGET RENT-A-CAR SYSTEM, INC.,

     Defendants.

**DECLARATION OF RYAN CHUMLEY OF ANGEION GROUP, LLC REGARDING**
**SETTLEMENT ADMINISTRATION**

I, Ryan Chumley declare:

     1.    I am a Senior Project Manager at the class action notice and settlement administration firm Angeion Group, LLC ("Angeion"), the Settlement Administrator retained in this matter, located at 1650 Arch Street, Suite 2210, Philadelphia, PA 19103. I am over 21 years of age and am not party to this action. I have personal knowledge of the facts set forth herein.

     2.    Angeion was retained in this matter to serve as Settlement Administrator and to, among other tasks, provide notice to potential Class Members; respond to Class Member inquiries; receive and process Class Member claim forms, and objections; and perform other duties as specified in the *Class Action Settlement Agreement* or by the order(s) of the Court, including but not limited to the *Order*, entered on July 5, 2022.

     3.    Angeion is not related to or affiliated with the Plaintiff, Plaintiff's Counsel, Defendant or Counsel for Defendant.

**CAFA NOTICE**

4.      Pursuant to 28 U.S.C. § 1715, Angeion, on behalf of Defendant, caused notice regarding the settlement to be sent to the Attorneys General of all states and territories, as well as the Attorney General of the United States on January 24, 2022 ("CAFA Notice"). As of the date of this declaration, Angeion has not received an objection from any governmental agency. The CAFA Notice was in the same form as **Exhibit A** attached hereto.

**CLASS LIST**

5.      On or about July 6, 2022, Angeion received from Plaintiff's Counsel, eight spreadsheets containing Class Member data. These spreadsheets contained a total of 264,720 records and contained the following relevant data: Class Member name, mailing address, rental agreement number, reservation number, driver license number, start date of rental, and end date of rental. Email addresses were also provided for 20,311 records. Contained in these spreadsheets were 3,633 records of Class Members who excluded themselves during the Class Certification period, and accordingly, these 3,633 records were removed from the Class Data.

6.      Angeion reviewed the remaining 261,087 records that were provided, removed duplicative records and merged multiple rental records for the same Class Member to compile the Class Member database ("Class List"). These efforts resulted in 240,313 unique class member records.

**EMAIL NOTICE**

7.      On August 23, 2022, Angeion caused the Email Notice to be sent to the 20,311 email addresses, of which 11,367 emails were delivered and 8,944 were not delivered due to either an invalid email address or a hard bounce. A true and accurate copy of the Email Notice is attached hereto as **Exhibit B.**

**MAILED NOTICE**

8.      Angeion processed the 16,628 domestic mailing addresses through the United States Postal Service ("USPS") National Change of Address ("NCOA") database to identify updated address information for individuals and businesses who have moved in the last four years and filed a change of address card with the USPS. The NCOA results provided 209 updated addresses for the Class Members. Angeion updated the Class List with these updated addresses.

9.      Angeion processed the 112,354 mailing records based in the United Kingdom through Royal Mail's NCOA gone-away and deceased suppression database, which provides updated addresses for any individuals who have moved or are known to be deceased. The gone-away results provided 60,146 updated addresses for the Class Members. Angeion updated the Class List with these updated addresses.  Royal Mail also removed 16,990 addresses which were known to be undeliverable.

10.     Beginning on August 23, 2022, Angeion caused the Settlement Postcard Notice ("Notice") to be mailed to all 228,949 Class Members whose Email Notice could not be delivered or who did not have an email address included in the class data via United States Postal Service ("USPS") first class mail, postage prepaid. A true and accurate copy of the Notice is attached hereto as **Exhibit C**.

11.     As of October 21, 2022, the USPS has returned 49 notices with a forwarding address. The Class List database was updated with these addresses and Notices were re-mailed.

12.     As of October 21, 2022, a total of 9,823 of the initial Notices mailed have been returned by the USPS as undeliverable without a forwarding address. Angeion conducted address verification searches ("skip traces") in an attempt to locate updated addresses. Angeion identified 1,991 updated addresses via skip tracing. Angeion updated the Class List and has re-mailed Notices to the 1,991 Class Members located via this process.  Of the re-mailed Notices, none have been

returned by the USPS a second time.  Angeion will continue to skip trace and re-mail notices to any records which is returned as undeliverable until the January 20, 2023 claims deadline.

## DIGITAL MEDIA

13.     On August 23, 2022, Angeion caused the social media digital notice campaign to commence. These notices ran on Facebook and Instagram. The social media campaign engages with the audience via a mix of news feed and story units to optimize performance via the Facebook and Instagram desktop sites, mobile sites and mobile apps. Copies of the Facebook ads used in this campaign are attached hereto as **Exhibit D**.

## CASE SPECIFIC WEBSITE

14.     On August 23, 2022, Angeion established the following website dedicated to this Settlement: https://veneruscarrentalinsurance.com ("Settlement Website"). The Settlement Website contains an online portal where class members may submit a claim. Additionally, the Long Form Notice, Claim Form, Class Action Settlement Agreement, Order and other settlement related documents are available for download. The online claim portal, Long Form Notice and Claim Form are also available in the following languages on the Settlement Website: Spanish, French, German, Italian, Arabic and Hebrew. The Settlement Website also has a "Frequently Asked Questions" page which provides Class Members with answers to common inquiries about the Settlement, and a "Contact Us" page which provides Class Members with the mailing address, phone number and email address to contact the Settlement Administrator.  Copies of the Long Form Notice and Claim Form are attached hereto as **Exhibit E** and **Exhibit F** respectively.

15.     As of October 20, 2022, the Settlement Website has had 22,783 unique visitors and 60,469 page views.

**CASE SPECIFIC HOTLINE**

16.    On August 23, 2022, Angeion established a toll-free hotline dedicated to this Settlement to further apprise Class Members of their rights and options in the Settlement: 1-855-637-1999. The toll-free hotline utilizes an interactive voice response ("IVR") system to provide Class Members with responses to frequently asked questions and provide essential information regarding the Settlement.  Class Members may also leave a message for the Settlement Administrator, provide updated contact information or ask additional questions and Angeion will call them back. This hotline is accessible 24 hours a day, 7 days a week.

**CLAIM FORM SUBMISSIONS AND OBJECTIONS**

17.    The deadline for Class Members to submit a Claim Form is January 20, 2023. As of October 21, 2022, Angeion has received 15,524 Claim Forms (52 via mail, 15,472 via the online portal). The 15,524 Claim Forms received have been submitted for 22,138 rentals. The claims received are still subject to final audits, verification, and deduplication. Angeion will continue to accept and process Claim Forms and will continue to inform the Parties of the number of Claim Forms received.

18.    The deadline for Class Members to object to the Settlement is November 5, 2022. As of October 21, 2022, Angeion has not received any objections to the settlement.

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on October 21, 2022 at Philadelphia, Pennsylvania.

*Ryan Chumley*

Ryan Chumley

# Exhibit A



1650 Arch Street, Suite 2210
Philadelphia, PA 19103
www.angeiongroup.com
215.563.4116 (P)
215.525.0209 (F)

January 24, 2022

VIA USPS PRIORITY MAIL

United States Attorney General &
Appropriate Officials

**Re: Notice of Class Action Settlement**
*Venerus v. Avis Budget Car Rental, LLC, et al.*

Dear Counsel or Official:

Angeion Group, an independent claims administrator, on behalf of the defendant in the below-described action, hereby provides your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of the following proposed class action settlement:

> **Case Name:** Heather Venerus v. Avis Budget Car Rental, LLC, et al.
> **Index Number:** 6:13-cv-00921
> **Jurisdiction:** United States District Court, Middle District of Florida, Orlando Division
> **Date Settlement Filed with Court:** January 14, 2022

In accordance with the requirements of 28 U.S.C. § 1715, please find copies of the following documents associated with this action on the enclosed CD-ROM:

1. **28 U.S.C. § 1715(b)(1)-Complaint:** Complaint and accompanying materials filed with the Court on June 12, 2013; Amended Complaint and accompanying materials filed with the Court on August 15, 2013.

2. **28 U.S.C. § 1715(b)(2)-Notice of Any Scheduled Judicial Hearings:** The are no judicial hearings currently scheduled.

3. **28 U.S.C. § 1715(b)(3)-Notification to Class Members:** Summary Notice, Email Notice, Long Form Notice, Claim Forms, and Payment Election Form, filed with the Court on January 14, 2022.

4. **28 U.S.C. § 1715(b)(4)-Class Action Settlement Agreement:** Class Action Settlement Agreement and Release in respect of the breach of contract claim, filed with the Court on January 14, 2022. Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement, filed with the Court on January 14, 2022, is also included on the enclosed CD-ROM.

5. **28 U.S.C. § 1715(b)(5)-Any Settlement or Other Agreements:** Other than the Settlement Agreement, no other settlements or other agreements have been contemporaneously made between the Parties.

6. **28 U.S.C. § 1715(b)(6)-Final Judgment:** The Court has not issued a Final Judgment or notice of dismissal as of the date of this CAFA Notice.

7. **28 U.S.C. § 1715(b)(7)(B)-Estimate of Class Members Residing In Each State:** The Settlement Class contains approximately 260,000 Class Members that reside throughout the world, but primarily in the United Kingdom, and rented vehicles in Florida. The estimated proportional share of the Settlement benefits is not available at this time, as it is contingent on the Class Member submission of a claim form.

8. **28 U.S.C. §1715(b)(8)-Judicial Opinions Related to the Settlement:** The Court has not issued a judicial opinion related to the Settlement at this time.

    If you have questions or concerns about this notice, the proposed settlement, or the enclosed materials, or if you did not receive any of the above-listed materials, please contact this office.

Sincerely,

Angeion Group
1650 Arch Street, Suite 2210
Philadelphia, PA  19103
(p) 215-563-4116
(f)  215-563-8839

**Enclosures**

2

# Exhibit B

**From:** Venerus v. Avis Budget Settlement-File a Claim <donotreply@veneruscarrentalinsurance.com>
**Sent:** Tuesday, August 23, 2022 1:01 PM
**To:** ███████████████████
**Subject:** Venerus v. Avis Budget Settlement-File a Claim

**Avis Budget's records show you rented a vehicle in Florida after June 12, 2008, through December 31, 2015, using a prepaid voucher and you are entitled to a payment from this class action settlement.**

**Claim your payment from the settlement by January 20, 2023.**

**A United States District Court authorized this Notice.**
**This is not a solicitation from a lawyer.**
**You are not being sued.**

Click Here or Go to www.VenerusCarRentalInsurance.com/claim and enter ████████ and ████████ to claim your payment.

A settlement has been reached in the case *Heather Venerus, et al. v. Avis Budget Car Rental, LLC, et al.*, Case No. 6:13-cv-921-CEM-GJK. You have been identified as a potential settlement class member from Avis Budget's claims data, because you rented a vehicle from Avis Budget in Florida, pursuant to a prepaid voucher for a car rental that included $1 million in supplemental third-party liability coverage, after June 12, 2008 through December 31, 2015.

You may have previously received a Notice informing you that you might be a class member in a class action against Avis Budget Car Rentals, LLC and Budget Rent A Car System, Inc. (together "Avis Budget"). The Parties have agreed to settle the case.

The Settlement resolves a lawsuit claiming that Avis Budget breached its rental contracts by failing to purchase a $1 million supplemental liability insurance ("SLI") policy from ACE American Insurance Co., which the Plaintiff

alleged was required of Avis Budget by the rental contract, for individuals who rented a vehicle in Florida pursuant to a prepaid voucher after June 12, 2008, through December 31, 2015 and who did not have liability or uninsured/underinsured motorist coverage claims asserted by or against them in connection with their rentals.

Avis Budget will pay at least $6.51 per rental day, plus prejudgment interest, to eligible Settlement Class Members who submit a valid claim. For example, if a Settlement Class Member rented a vehicle for ten (10) days, the claim payment would be for $65.10, plus applicable prejudgment interest. The average claim payment is $87.32 plus interest since the date of rental(s). The benefits available to Settlement Class Members, and the most Avis Budget can pay, is $33,965,613.00, which includes settlement of all valid claims of Settlement Class Members, settlement administration costs (including the costs of implementing and effectuating class Notice), attorneys' fees and costs/expenses of litigation of up to $8,925,000.00, any service award to the Plaintiff, all of which is subject to court approval. If there are unclaimed funds left available after submission of all claims, the claim payment paid to eligible class members who submit timely and valid Claims will be increased from $6.51 per rental day to up to $7.46 per rental day, plus applicable prejudgment interest. Any amount in attorneys' fees and costs and any service award to the Plaintiff must be approved by the judge. The Motion for Attorneys' Fees and Costs and Service Award will be filed on or before 30 days after this email was sent and, upon filing, can be accessed at www.VenerusCarRentalInsurance.com.

To be eligible for payment, you must submit a Claim Form online at which can be accessed by clicking here: www.VenerusCarRentalInsurance.com/claim and entering your **Claimant ID:** ▉▉▉▉▉▉ and **Confirmation Code:** ▉▉▉. Claim Forms must be submitted by or postmarked by **January 20, 2023**. After you submit a claim, you will be given the option to choose whether to receive the payment in the form of a physical check (if so, you will need to provide or confirm

your current address), an e-mailed electronic gift card (if so, you will need to provide or confirm your current e-mail address), or electronic payment (if so, you will need to contact the Settlement Administrator to provide the account information for the direct deposit). Alternatively, you can download a copy of the claim form on the Settlement Website and can mail a completed claim form to:  Venerus v Avis Budget Settlement Administrator, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103.

Unless you timely file a Claim Form, you will not get a Settlement payment. Additionally, you may object to the settlement or ask for permission for you or your own lawyer to appear and speak at the hearing—at your own cost—but you don't have to. Objections are due by **October 22, 2022**. Requirements for submitting a valid objection are fully set forth in the Proposed Settlement and longform Notice listed on the settlement website, www.VenerusCarRentalInsurance.com.

More details and the full terms of the Proposed Settlement is available at www.VenerusCarRentalInsurance.com. You can also contact the Settlement Administrator by emailing info@VenerusCarRentalInsurance.com or hear the answers to frequently asked questions by calling 1-855-637-1999 and following the prompts. You may also contact class counsel by emailing firm@normandpllc.com or by calling (407) 603-6031.

*Venerus v. Avis Budget,* Case No: 6:13-cv-921-CEM-GJK (M.D. Fla.).

Para ver el aviso en español, Clic Aqui

Um den hinweis in deutscher sprache zu sehen, Klick Hier

لرؤية الإشعار باللغة العربية ،

Per vedere l'avviso in italiano, Clicca Qui

לצפייה בהודעה בעברית לחצו כאן

Pour voir la notice en français ,Cliquez Ici

Unsubscribe

# Exhibit C

9856/1/21/1

## COURT ORDERED LEGAL NOTICE

**A United States District Court authorized this Notice.**
**This is not a solicitation from a lawyer.**
**You are not being sued.**

## If you rented a vehicle from Avis Budget in Florida after June 12, 2008, through December 31, 2015, using a prepaid voucher, you may be entitled to a payment.

## Complete and submit a claim online at www.VenerusCarRentalInsurance.com/claim by January 20, 2023, using your Claimant ID ████████ and Confirmation Code ████████████ to receive a payment.

A settlement has been reached in the case *Heather Venerus, et al. v. Avis Budget Car Rental, LLC*, et al., Case No. 6:13-cv-921-CEM-GJK. You may have previously received a Notice informing you that you might be a class member in a class action against Avis Budget Car Rental, LLC, and Budget Rent A Car Systems, Inc. (together "Avis Budget"). The Parties in the case have agreed to settle the case.

**Why am I getting this Notice?** You have been identified as a "Settlement Class Member" from Avis Budget's data, because you rented a vehicle from Avis Budget in Florida pursuant to a prepaid voucher that included $1 million in supplemental third-party liability coverage, after June 12, 2008 through December 31, 2015. You are receiving this Notice because the Parties have agreed to settle the case.

**What is this lawsuit about?** The Settlement resolves a lawsuit claiming that Avis Budget breached its rental contracts by failing to purchase a $1 million supplemental liability insurance ("SLI") policy from ACE American Insurance Co., which the Plaintiff alleged was required by the rental contract, for individuals who rented a vehicle in Florida pursuant to a prepaid voucher but were not involved in accidents that resulted in liability or uninsured/underinsured motorist coverage claims being asserted by or against them in connection with their rentals.

**Settlement Terms.** Avis Budget will pay at least $6.51 per rental day, plus prejudgment interest, to eligible Settlement Class Members who submit a valid claim. For example, if a Settlement Class Member rented a vehicle for ten (10) days, the claim payment would be for $65.10, plus applicable prejudgment interest. The average claim payment is $87.32 plus interest since date of rental(s). The benefits available to Settlement Class Members, and the most Avis Budget is obligated to pay, is $33,956,613.00, which includes settlement of all valid claims of Settlement Class Members, administration costs (including to implement and effectuate class Notice), attorneys' fees and costs of up to $8,925,000.00, any service award to the Plaintiff, all of which is subject to court approval. If there are unclaimed funds after submission of all claims, the claim payment paid to eligible class members who submit timely and valid Claims will be increased from $6.51 up to $7.46 per rental day, plus applicable prejudgment interest. The Motion for Attorneys' Fees and Costs and the Service Award will be filed within 30 days of the date this Notice was delivered and, upon filing, will be posted and can be accessed at www.VenerusCarRentalInsurance.com.

**How do I Receive Payment?** To receive a payment, you must submit a Claim Form online at www.VenerusCarRentalInsurance.com/claim. Claim Forms must be postmarked or submitted online by January 20, 2023. You can access a pre-filed Claim Form on-line by entering your Claimant ID ████████, and your Confirmation Code ████████. After you submit a Claim Form, you will be given the option to choose whether to receive payment in the form of a physical check (if you provide/confirm your current mailing address), an e-mailed electronic gift card (if you provide/confirm your current email address), or an electronic payment (if you contact the Settlement Administrator to provide account information to which you want the payment to be deposited). Alternatively, you can download a copy of the claim form on the Settlement Website and can mail a completed claim form to: Venerus v Avis Budget Settlement Administrator, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103.

**Do I have any other options?** Unless you file a Claim Form, you will not be eligible to get a Settlement payment. You can do nothing if you choose, meaning you will not receive a Settlement payment. You may also object to the Settlement or ask for permission for you or your own lawyer to appear and speak at the hearing—at your own cost—but you don't have to. Objections are due by **October 22, 2022**. More details and the full terms of the Proposed Settlement are available at www.VenerusCarRentalInsurance.com.

1



Claimant ID: ██████████
Confirmation Code: ████████████

<u>COURT ORDERED LEGAL NOTICE</u>

**A United States District Court authorized this Notice.**
**This is not a solicitation from a lawyer.**
**You are not being sued.**

**If you rented a vehicle from Avis Budget in Florida after June 12, 2008, through December 31, 2015, using a prepaid voucher, you may be entitled to a payment.**

**Complete and submit a claim online at <u>www.VenerusCarRentalInsurance.com/claim</u> by January 20, 2023, using your Claimant ID ██████████ and Confirmation Code ██████████████ to receive a payment.**

Para ver el aviso en español, visite www.VenerusCarRentalInsurance.com/important-documents

Um den hinweis in deutscher sprache zu sehen, besuchen Sie
www.VenerusCarRentalInsurance.com/important-documents

للاطلاع على الإشعار باللغة العربية ، تفضل بزيارة www.VenerusCarRentalInsurance.com/important-documents

Per vedere l'avviso in italiano visita www.VenerusCarRentalInsurance.com/important-documents

כדי לראות את ההודעה בעברית בקר בכתובת www.VenerusCarRentalInsurance.com/important-documents

Pour voir la notice en français visitez www.VenerusCarRentalInsurance.com/important-documents

# Exhibit D



**Angeion Group**
Sponsored · 🌐

If you rented a car from Avis or Budget in Florida between June 12, 2008 and December 31, 2015, you may be a member of a Mass Action and entitled to compensation from a program authorized by a United States Court. Click here to make your claim today.

VENERUSCARRENTALINSURANCE.COM

**Venerus Car Rental Insurance Settlement**
Case No. 6:13-cv-921-CEM-GJK United States Dis...

Learn More





Sponsored ·

If you rented a car from Avis or Budget in Florida between June 12, 2008 and December 31, 2015, you may be a member of a Mass Action and entitled to compensation from a program authorized by a United States Court. Click here to make your claim today.



venteruscarrentalinsurance.com

**Venerus Car Rental Insurance Settlement**

Learn More

# Exhibit E

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

Venerus, et. al. v. Avis Budget, et al.,
Case No. 6:13-cv-921-CEM-GJK

## IMPORTANT NOTICE OF CLASS ACTION SETTLEMENT

**A court authorized this Notice.**
**This is not a solicitation from a lawyer.**
**You are not being sued.**

## PLEASE READ THIS NOTICE CAREFULLY

A settlement has been reached in the case *Heather Venerus, et al. v. Avis Budget Car Rental, LLC, et al.*, Case No. 6:13-cv-921-CEM-GJK. This Notice explains: 1) the terms of the Settlement; 2) who is a member of the Class; 3) how to submit a claim for payment; 4) how to object to the Settlement; 5) how to get more information about the Settlement.

You may have previously received a Notice in this Action. You are receiving this Notice because the Parties have now reached a settlement agreement in the case, which entitles Settlement Class Members to a payment upon submission of a timely claim.

HELP IS AVAILABLE TO ASSIST YOUR UNDERSTANDING OF THIS NOTICE.
Call **1-855-637-1999** toll free for more information. You can also contact Class Counsel at the contact information listed in this Notice.

## What is a Class Action?

A class action is a lawsuit in which one or more individuals bring claims on behalf of other persons or entities. These persons or entities are referred to as a "Class" or "Class Members." In a certified class action, the Court resolves certain issues, legal claims, and/or defenses for all Class Members in a single action, except for those persons or entities who timely request to be excluded from the Class.

## What is this Class Action About?

The Settlement resolves a lawsuit claiming that Avis Budget Car Rentals, LLC and Budget Rent A Car System, Inc. (together, "Avis Budget") breached its rental contracts by failing to purchase a $1 million supplemental liability insurance ("SLI") policy from ACE American Insurance Co. for individuals who are not United States citizens and who rented a vehicle in Florida pursuant to a prepaid voucher after June 12, 2008, through December 31, 2015. Plaintiff alleged that Avis Budget entered rental contracts whereby Avis Budget agreed to purchase a $1 million SLI Policy from ACE on behalf of Settlement Class Members, and breached the contracts by failing to do so.

1

Avis Budget maintains that it complied with the terms of the rental contracts and Florida law and deny that they acted wrongfully or unlawfully and continue to deny all material allegations.

This case was previously certified as a Class Action. You may have received Notice of the class certification. You are receiving this Notice because a Settlement of the case has been reached between the Plaintiffs, acting on behalf of the Class, and Avis Budget.

The district court will conduct a FAIRNESS HEARING on November 10, 2022, to decide whether to grant final approval of the Proposed Settlement.

## Settlement Terms

As a part of the settlement, Avis Budget has agreed to:

1.  pay Settlement Class Members who submit valid claims at least $6.51 per rental day, plus applicable prejudgment interest, which amounts to available benefits of $33,956,613.00 for the Class, for an average claim size of $87.32 plus interest since the date of rental(s) per Settlement Class Member, although the actual claim payment for individual Settlement Class Members depends on the length of the Settlement Class Member's rental(s);
2.  if there are unclaimed funds after submission of all valid claims, increase the payments to eligible Settlement Class Members who submit timely and valid claims from $6.51 per rental day to up to $7.46 per rental day, plus applicable prejudgment interest;
3.  included as part of the $33,956,613.00, pay any attorneys' fees, attorneys' costs, and incentive awards to the Named Plaintiff and class counsel, if approved by the Court, which will not reduce any payment made to Settlement Class Members, unless the Valid Claims, administrative costs, attorneys' fees and costs approved by the Court, and service award approved by the Court together total an amount that exceeds $33,956,613.00.

In exchange, Plaintiff and the members of the Class, which does not include anyone who has previously requested to opt out of the Class after receiving the previous Notice in this Action, agree to give up any claim they have based on Avis Budget's alleged failure to procure a $1 million ACE SLI Policy or based upon Avis Budget's alleged provision of contractual third-party coverage or contractual self-insurance. If you are a member of the Class, you can submit a claim to be eligible for a payment as described herein. You may also, if you wish, object to the terms of the Settlement, if you comply with the requirements set forth below.

## How Do I Know if I'm a Member of the Class?

**You are a member of the class action (a "Settlement Class Member") if: (1) you rented a vehicle, pursuant to a prepaid voucher, from Avis Budget in Florida (2) during the period of June 12, 2008 through December 31, 2015, (3) the prepaid voucher included $1 million in supplemental third-party liability insurance, and (4) neither you nor a third party submitted a claim following a motor vehicle accident in connection with your rental. You received this Notice because Avis Budget's records indicate you are a member of the Class.  The full class definition is as follows:**

**All individuals who (1) rented an Avis or Budget vehicle in the State of Florida after June 12, 2008 and before January 1, 2016, pursuant to a prepaid voucher, and (2) whose Rental Receipt contained the notation "SLI .00/Day Accepted" or "ALI .00/Day Accepted.**

**Excluded from the Class are all such renters who have been involved in accidents and who have outstanding claims for liability or uninsured/underinsured motorist coverage, as well as all such renters whose liability or uninsured/underinsured motorist claims have been paid by Defendants.**

Also excluded from the Class is anyone who previously requested to opt out of (i.e., to not be a part of) the Class after receiving the previous Notices that were sent out in this case. If you previously requested to opt out of the Class, you are not part of the Class, you are not eligible to submit a Claim for payment, and you do not need to request to opt out of the Class again.

## If I Am a Class Member, What Are My Options?

If you are a Class Member, you have three options.

**Option 1**: Submit a Claim Form for Payment.

You may submit a Claim Form for payment of at least $6.51 per rental day, plus applicable prejudgment interest, and up to $7.46 per rental day, plus applicable prejudgment interest. The total benefits available to Settlement Class Members, if all Settlement Class Members submit timely claims, is $33,956,613.00.  If you received a Notice in the mail or by e-mail, the Notice included your Claimant ID and Confirmation Code, and linked or directed you to the settlement website where you can access a pre-filled Claim Form by entering your Claimant ID and Confirmation Code. You can call 1-855-637-1999 or visit www.VenerusCarRentalInsurance.com and request that the Settlement Administrator send you a prefilled Claim Form by providing your Claimant ID listed in the mailed or e-mailed Notice(or a blank form that you will need to fill out if you do not have your Claimant ID).

You can submit a Claim Form online by visiting www.VenerusCarRentalInsurance.com, clicking the SUBMIT A CLAIM button, and following the steps outlined for you. You will need a Claimant ID, which was included in the Mailed and/or Emailed Notice. Otherwise, to submit a blank Claim Form, you will need to input your full name and current mailing address, as well as either the year(s) during which your rental(s) occurred, or the rental agreement number(s) listed on your rental contract(s). The rental agreement number is the nine-digit number following the notation "RA" on your rental receipt.

When calculated as $6.51 per rental day, plus prejudgment interest, the average Claim Payment size is approximately $87.32 plus interest since the date of rental(s). However, the actual amount to which Settlement Class Members who submit valid claims will be entitled depends on the length of the rental. When calculated as $7.46 per rental day, plus prejudgment interest, the average Claim Payment size is approximately$100.06 plus interest since the date of rental(s). The most Avis Budget is obligated to pay to Settlement Class Member is $33,956,613.00, which includes

settlement of all valid claims of Settlement Class Members, settlement administration costs (including the costs of implementing and effectuating class Notice), attorneys' fees and attorney's costs/expenses of litigation of up to $8,925,000.00, and any service award to the Plaintiff, all of which is subject to court approval. If, after submission of all timely, valid claims, unclaimed funds remain, the claim payment paid to eligible class members who submit timely and valid Claims will be increased from $6.51 per rental day to up to $7.46 per rental day, plus applicable prejudgment interest. The amount between the minimum amount ($6.51 per rental day, plus prejudgment interest) and the maximum amount ($7.46 per rental day, plus prejudgment interest) that Settlement Class Members will receive will depend on the amount of unclaimed funds.

If you submit a Claim Form online, you will also be asked to identify the method by which your Claim Payment will be issued (assuming your Claim is determined to be valid). Your options are: (1) a physical check mailed to your current address (if you choose this option, you will need to confirm the address listed remains your current address, update the address, or enter your current address if blank); (2) an electronic gift card sent via e-mail (if you choose this option, you will need to either confirm the e-mail address listed remains your current e-mail address, update the e-mail address, or enter your current e-mail address if blank); or (3) electronic payment via Venmo, PayPal, or similar companies (if you choose this option, you will need to e-mail the Settlement Administrator to facilitate the process of providing account information for the payment deposit).

If you submit a Claim Form in the mail, it must be postmarked no later than January 20, 2023. If you submit an Electronic Claim, you must do so by 11:59 p.m. on January 13, 2023.

**Option 2: Object to the Terms of the Settlement.**

The full terms of the Settlement can be found at www.VenerusCarRentalInsurance.com. If you think the terms of the Settlement are not fair, reasonable, or adequate to the Class Members, you can file a Notice of Intent to object to the terms of the Settlement.

To properly object to the terms of the Settlement, you must send, with sufficient postage, a Notice of Intent to object to the terms of the settlement and to appear at the Fairness Hearing (described below) to the following:

Venerus, et. al. v. Avis Budget, et al.
c/o Settlement Administrator
Attn: Objection
P.O. Box 58220
Philadelphia, PA 19102

The Notice of Intent must include the following:

1. The name of the case and case number;

2. Your name, address, telephone number, and signature;

3. The specific reasons why you object to the terms of the Proposed Settlement;

4

4. The name, address, bar number, and telephone number of any attorney who represents you related to your intention to object to the terms of the Settlement;

5. State whether you and/or your attorney intend to appear at the Fairness Hearing and whether you and/or your attorney will request permission to address the Court at the Fairness Hearing.

If you and/or your attorney intend to request permission to address the Court at the Fairness Hearing, your Notice of Intent must also include the following:

1. A detailed statement of the legal and factual basis for each of your objections;

2. A list of any witness you may seek to call at the Fairness Hearing (subject to applicable rules of procedure and evidence and at the discretion of the Court), with the address of each witness and a summary of his or her proposed testimony;

3. A list of any legal authority you may present at the Fairness Hearing; and

4. Documentary proof of membership in the Settlement Class.

Notices of Intent to object must be postmarked by November 5, 2022. Any Notice of Intent that is not postmarked by the deadline set forth above or which does not comport with the requirements listed above may waive the right to be heard at the Fairness Hearing.

**Option 3. Do Nothing.**

You have the right to do nothing. If you do nothing, you release any claim against Avis Budget related to the claims and allegations in this lawsuit which are part of the Released Claims as defined by the Settlement Agreement, even if you do not submit a Claim for payment.

**Who Is Representing the Class?**

The District Court has appointed Heather Venerus (the "Named Plaintiff") to be the representative of the Class. The District Court has also appointed the following lawyers as Class Counsel for those Class Members:

| | |
|---|---|
| Edmund Normand, Esq.<br>Jacob Phillips, Esq.<br>Normand PLLC<br>3165 McCrory Place, Suite 175<br>Orlando, FL 32803<br>Telephone: (407) 603-6031<br>Facsimile: (888) 974-2175<br>Ed.normand@normandpllc.com<br>Jacob.phillips@normandpllc.com<br>NormandPLLC.com | Christopher J. Lynch<br>Christopher J. Lynch, P.A.<br>6915 Red Road, Suite 208<br>Coral Gables, Florida 33143<br>Telephone: (305) 443-6200<br>Facsimile: (305) 443-6204<br>clynch@hunterlynchlaw.com<br>HunterLynchlaw.com |

These lawyers are experienced in handling class action lawsuits. More information about Class Counsel is available on their websites above.

Class Counsel will file an application for attorneys' fees and costs of no more than $8.925 million dollars, subject to approval by the Court. Avis Budget has agreed to pay Class Counsel that amount if approved by the Court. You will not be personally responsible for any fees, costs or expenses incurred by Class Counsel relating to the prosecution of this case. After it is filed, the Motion for Attorneys' Fees and Costs will be posted and can be accessed at the settlement website.

Class Counsel will also seek a Service Award to the Plaintiffs in the amount of $25,000, subject to court approval. The Service Award is designed to reward the Plaintiff for securing the recovery awarded to members of the Class, and to acknowledge the time spent by the Plaintiffs in sitting for deposition, providing discovery, participating in the case and mediation, and prosecuting the claim for the benefit of the Class. In this case, the Plaintiff has been prosecuting this claim for almost nine years, which has included extensive discovery, depositions, travel, mediations, appeals, and other time expended. Avis Budget has agreed to pay the Service Award to the Plaintiff up to the amount of $25,000, if approved by the District Court.

### What Claim(s) Are Settlement Class Members Releasing?

As a part of the Settlement, Settlement Class Members agree not to sue Avis Budget by asserting any claim related to allegations that Avis Budget failed to procure a $1 million SLI Policy from a licensed insurance company, or that Avis Budget improperly provided self-funded contractual coverage or contractual self-insurance, in connection with a prepaid voucher rental after June 12, 2008, through December 31, 2015. The full terms of the Released Claims and Released Parties can be found in the Proposed Settlement at www.VenerusCarRentalInsurance.com.

### How Do I Find Out More About This Lawsuit?

If you have any questions about the lawsuit or any matter raised in this notice, please call toll-free at **1-855-637-1999** or go to www.VenerusCarRentalInsurance.com.

This www.VenerusCarRentalInsurance.com website provides:
1. An Electronic Claim Form and directions for how to submit;
2. The full terms of the Settlement;
3. Information and requirements for submitting a claim, requesting exclusion, or filing a Notice of Intent to object to the terms of the Settlement
4. A copy of the complaints filed by Plaintiffs and other important rulings and orders from the District Court during the case prior to Settlement; and
5. Other general information about the class action.

You also may contact class counsel, whose contact information and websites are provided above. Please do not contact Avis Budget about this case or proposed Settlement. Avis Budget's employees and customer service representatives will likely not have any knowledge about this case or settlement and will be unable to assist you. If you have further questions, please instead contact the Settlement Administrator or Class Counsel.

Complete copies of the documents filed in this lawsuit that are not under seal may be examined and copied at any time at the United States District Court, Middle District of Florida, 401 West Central Boulevard, Orlando, FL 32801.

PLEASE DO NOT TELEPHONE OR CONTACT THE DISTRICT COURT OR THE CLERK OF THE DISTRICT COURT REGARDING THIS NOTICE.

IT IS SO ORDERED, HON. CARLOS MENDOZA, U.S. DISTRICT COURT JUDGE
DATED: JUNE 24, 2022

# Exhibit F

| **VEN** | **Venerus v. Avis et al.**<br>**Settlement Administrator**<br>**1650 Arch Street, Suite 2210**<br>**Philadelphia, PA 19103** | **Your Claim Form must be submitted**<br>**by January 20, 2023** |
|---|---|---|

*Venerus v. Avis Budget Car Rental, LLC et al., Case No. 6:13-cv-921-CEM-GJK*

## CLAIM FORM

To submit a claim, please: (1) provide your full name; (2) provide *either* the rental agreement number (upper left corner of rental contract) or the reservation number (bottom right of the rental contract) *or* the year in which your rental(s) occurred (if you rented a vehicle from Avis Budget in Florida more than one time after June 12, 2008 through December 31, 2015, submit at least one year during which the rental(s) occurred); (3) provide your address; (4) sign and date this form by following the instructions below; and (5) submit the completed form on or before **January 20, 2023.**

Name: _____

Rental Agreement or Reservation Number(s): _____
**OR**
Year(s) of Rental(s): _____

Address: _____

_____

_____

Email Address: _____

By signing below, I attest that I am the person identified above or I am the legally authorized personal representative, guardian, or trustee of the person identified above, and that, to the best of my knowledge, the information on this Claim Form is true and correct:

Signature:_____ Dated_____

Name (please print): _____

**To be considered, this Claim Form must be submitted on or before January 20, 2023.**

## PAYMENT OPTION FORM

If your claim is determined to be valid and timely, you can receive payment in one of the three options below. **Please select the method by which you wish to receive payment**, including the necessary information depending on which option you select. You can only select one option.

**OPTION 1:** I wish to receive the Claim Payment via an electronic Mastercard gift card, e-mailed to the following e-mail address: _____

**OPTION 2**: I wish to receive the Claim Payment via physical check, mailed to the following address:

Address:   _____

               _____

               _____

**OPTION 3**: I wish to receive the Claim Payment via electronic payment to my account with PayPal or similar company or e-banking payment. If you are selecting Option 3, the Settlement Administrator will email you at your email address to ask you for the information needed, including the account number and type, to facilitate the electronic payment.

E-mail address: _____