# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
IN THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

CASE NO. 6:13-CV-921-CEM-GJK

HEATHER VENERUS, individually
and on behalf of all others similarly situated,

    Plaintiff,

AVIS BUDGET CAR RENTAL, LLC
and BUDGET RENT-A-CAR SYSTEM, INC.,

    Defendants.

## **SUPPLEMENTAL DECLARATION OF RYAN CHUMLEY**

1. My name is Ryan Chumley. I am over 21 years of age and provide this declaration freely, voluntarily, and based on my personal knowledge of the facts stated herein.

2. I am a Senior Project Manager at the class action notice and settlement administration firm Angeion Group, LLC ("Angeion"), the Settlement Administrator retained in this matter, located at 1650 Arch Street, Suite 2210, Philadelphia, PA 19103.

3. I previously provided a declaration in this matter on October 21, 2022, which is incorporated hereby by reference. Dkt. No. 523-2. Specifically, in that declaration, I asserted that as of October 21, 2022, Angeion had not received any objections to the proposed Settlement, but that the deadline to submit objections is November 5, 2022. *Id.* at ¶ 18.

EXHIBIT A

4. The deadline to submit objections has now expired. Angeion has still not received any objections.

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on November 7, 2022, at Philadelphia, Pennsylvania.

*Ryan Chumley*

Ryan Chumley

EXHIBIT A